ACCEPTED
03-15-00335-CV
6599541
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 12:11:46 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00335-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 12:11:46 PM
JEFFREY D. KYLE
Clerk

### IN THE THIRD COURT OF APPEALS
### AUSTIN, TEXAS

HERBERT ROLNICK,

*Appellant*

V.

SIGHT'S MY LINE, INC., A FLORIDA CORPORATION; STEWART LANTZ; RIGGS, ALESHIRE & RAY; BLAZIER, CHRISTENSEN, BIGELOW & VIRR; AND ADAMS & GRAHAM,

*Appellees*

Interlocutory Appeal from the 200th Judicial District Court in Travis County, Texas, The Honorable Tim Sulak, Presiding

### UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), Appellant Herbert Rolnick respectfully files this unopposed motion asking the Court to extend the deadline to file his Appellant's Reply Brief fourteen days from August 25, 2015 to September 8, 2015. This is the first motion for extension of time Appellant has filed with respect to his Reply Brief.

1

1. The trial court signed the order overruling Appellant's special appearance on May 14, 2015. Appellant filed his Notice of Appeal on June 3, 2015. The court reporter filed the reporter's record on June 10, 2015. The district clerk filed the clerk's record in this Court on June 12, 2015. Appellant Rolnick filed his Appellant's Brief on July 9, 2015.

2. Appellee Riggs, Aleshire & Ray, P.C. filed its Brief of Appellee on July 29, 2015. Appellee Adams & Graham, L.L.P. filed its Brief of Appellee on August 5, 2015. Appellees Sight's My Line, Inc. and Stewart Lantz filed their Brief of Appellees on August 5, 2015. The Appellees' Briefs filed by August 5, 2015, taken together are sufficiently similar that Appellant Rolnick planned to file a single Reply Brief addressing all of them.

3. As of August 5, 2015, however, Appellee Blazier, Christensen, Bigelow & Virr, P.C. had not filed a brief or a motion for extension of time in which to file its brief. In a letter dated August 5, 2015, the Court notified counsel for Appellee Blazier, Christensen, Bigelow & Virr, P.C. that its brief was overdue and sought a "satisfactory response" to the notice by August 17, 2015. As of the time this motion is being filed, the undersigned has not been served with a response to the Court's letter. The Court's website does not reflect that Appellee Blazier, Christensen, Bigelow & Virr, P.C. has filed a brief or a response to the Court's letter.

4.  Accordingly, the undersigned calculates that Appellant Rolnick's Reply Brief is currently due to be filed on or before August 25, 2015. Appellant is requesting an additional fourteen days or until September 8, 2015 in which to file his Appellant's Reply Brief, for the following reasons.

- The undersigned is lead appellate counsel for Appellant in this cause. On August 3, 2015, the undersigned learned that a default judgment in excess of $2,000,000 had been rendered against one of her clients. Since that time, the majority of the undersigned's time has been spent preparing the necessary post-judgment motions and gathering the evidence (including multiple affidavits) necessary to challenge that default judgment. The post-judgment motions in that matter must be filed on or before August 26, 2015

- Since late March 2015, the undersigned has been receiving medical care to treat complications from a viral illness. The undersigned's health has improved, and she is able to work full-time most weeks. The undersigned, however, still regularly experiences side effects from certain treatments she continues to receive. As a result, she still must be out of her office frequently for doctor visits, has to work from home several days each month, and has to limit weekend-time in her office.

- The undersigned is lead appellate counsel for one of the lawyer-defendants in a complex family-law matter in which claims against two lawyers have been joined. Although the trial court recently granted summary judgment in favor of the two lawyers, the opposing party continues to file motions. For example, on August 4, 2015, the trial court notified the undersigned to respond to the opposing party's motion for reconsideration (filed July 29) by August 10, 2015. This deadline interrupted work on the brief in the instant case, as well as work on the default matter discussed above.

The above-described matters have prevented the undersigned from completing the Appellant's Reply Brief in the instant cause by August 25, 2015 and justify the request for an additional fourteen days in which to complete that brief. Appellant therefore requests the Court to extend the current deadline for the Appellant's Reply Brief from August 25, 2015 until September 8, 2015.

## CERTIFICATE OF CONFERENCE

On August 20, 2015, counsel for each appellee was contacted to confer on this motion. Counsel for each appellee informed the undersigned's office that there was no objection to the extension requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant Herbert Rolnick respectfully prays for the Court to grant this Unopposed First Motion for Extension of Time to File Appellant's Reply Brief. Appellant also prays for such other relief to which he may be entitled.

Respectfully submitted,

**RUTH G. MALINAS**
Texas Bar No. 08399350
**TIM T. GRIESENBECK, JR.**
Texas Bar No. 08454450
**SCOTT M. NOEL**
Texas Bar No. 00797158
**Plunkett & Griesenbeck, Inc.**
Catholic Life Building, Suite 900
1635 N.E. Loop 410
San Antonio, Texas 78209
(210) 734-7092 (telephone)
(210) 734-0379 (facsimile)
rmalinas@pg-law.com


/s/ *Ruth G. Malinas*
RUTH G. MALINAS

COUNSEL FOR APPELLANT
HERBERT ROLNICK


## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Unopposed First Motion for Extension of Time to File Appellant's Reply Brief has been served electronically through the Texas electronic filing manager this 21st day of August, 2015, on the following attorneys of record:


J. Hampton Skelton
Brandon Duane Gleason
Skelton & Woody
248 Addie Roy Road, Suite B-302
Austin, TX 78746
hskelton@skeltonwoody.com
bgleason@skeltonwoody.com
**Attorneys for Sight's My Line, Inc.,**
**a Florida Corporation and Stewart Lantz**

5

Scott R. Kidd
Scott V. Kidd
Kidd Law Firm
819 W. 11th Street
Austin, TX  78701
scott@kiddlawaustin.com
svk@kiddlawaustin.com
**Attorneys for Riggs, Aleshire & Ray**

Michael B. Johnson
Salvador Davila
Thompson, Coe, Cousins & Irons, LLP
701 Brazos, Suite 1500
Austin, TX  78701
mjohnson@thompsoncoe.com
sdavila@thompsoncoe.com
**Attorneys for Blazier, Christensen,
Bigelow & Virr**

Robert E. Valdez
Jose "JJ" Trevino, Jr.
Valdez, Jackson & Trevino, PC
1826 North Loop 1604 West, Suite 275
San Antonio, TX  78248
revaldez@vjtlawfirm.com
jtrevino@vjtlawfirm.com
**Attorneys for Adams & Graham**

/s/ Ruth G. Malinas
RUTH G. MALINAS